**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK L. DEROWITSCH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security Administration, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. ED CV 07-00152 RZ<br><br>MEMORANDUM OPINION<br>AND ORDER |

Because neither of Plaintiff's two arguments challenging the underlying denial of disability benefits is persuasive, the Court will affirm.

First, Plaintiff asserts that the Administrative Law Judge erred by failing to consider certain annotations, pertaining to alleged medication side-effects such as drowsiness, in a physician's notes about several examinations late in 2004 and in 2005. *See* Pl.'s Br. at 2-3; Administrative Record ("AR") at 325, 333-36, 338. But these annotations reasonably could have been interpreted by the Administrative Law Judge to reflect what Plaintiff himself was *reporting* subjectively to the doctor, rather than the doctor's medical opinion based on objective factors. Because Plaintiff does not challenge the Administrative Law Judge's independent finding that Plaintiff was less than fully credible, *see* AR 17, 23, 24, discounting such subjective statements was not error.

Plaintiff second argument is that the question posed to the vocational expert was incomplete because it posited a claimant without the same reported side effects. This argument obviously depends upon, and fails along with, the first.

For the foregoing reasons, the underlying decision is affirmed.

DATED: October 19, 2007

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE